UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

-vs-                            Docket# 07-20561-001

Michael Anthony Dinardo

      Defendant,

_____/

## ORDER

Pursuant to the courts directive, it is ORDERED that the defendant's bond be amended to include the following: **Refrain from tampering with any form of drug testing**. All other conditions of release set forth in the courts orders on November 27, 2007, remain in full force and effect.

      SO ORDERED.

                            S/Patrick J. Duggan
                            Patrick J. Duggan
                            United States District Judge

Dated:  September 2, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 2, 2009, by electronic and/or ordinary mail.

                            S/Marilyn Orem
                            Case Manager